**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2262**

ADAM L. PERRY,

           Plaintiff - Appellant,

    v.

WILLIAM EARL BRITT, Federal Eastern District Judge at Wake
County in his Official Capacity,

           Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  James C. Dever,
III, Chief District Judge.  (2:15-cv-00037-D)

Submitted:  February 23, 2017     Decided:  February 27, 2017

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Adam L. Perry, Appellant Pro Se.  Christopher Michael Anderson,
OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam L. Perry appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(1) and 12(b)(6) motion and dismissing his civil action for lack of subject matter jurisdiction or, alternatively, failure to state a claim on which relief could be granted, denying his motion to strike, and denying as moot his motion to lift a stay of discovery. On appeal, we confine our review to the issues raised in Perry's brief. See 4th Cir. R. 34(b). Because Perry's informal brief does not challenge with specific argument the district court's rulings, Perry has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we grant Perry's applications seeking leave to appeal in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED